UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Cr. No.   6:03-0698 |
| ) | |
| vs. ) | |
| ) | |
| ) | <u>ORDER</u> |
| Demetrius Conelius O'Neal, ) | (Written Opinion) |
| ) | |
| Defendant. ) | |
| _____) | |

On July 11, 2007, the Court denied Defendant's Motion to Reduce Sentence. On the following day, the Clerk of Court received and filed a Motion to Reduce Sentence from Defendant which asserted substantially the same points. Because the Court has already addressed this issue in full, IT IS THEREFORE ORDERED that Defendant's Motion to Reduce Sentence is DENIED as moot.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

July 19, 2007

Anderson, South Carolina

1

## NOTICE OF RIGHT TO APPEAL

The defendant has the right to appeal this Order within ten(10) days from the date of the entry of this Order, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.